IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| EDWARD TYRONE RIDLEY, | * |
| Plaintiff, | * |
| v. | Case No. 1:22-CV-81 (LAG) |
| | * |
| ARTHUR PARKER, et. al.,, | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 9, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 13th day of March, 2023.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk